O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOHNSON, JR.,<br><br>                Petitioner,<br><br>                v.<br><br>CHRISTIAN PFEIFFER,<br><br>                Respondent. | Case No. 2:18-00358 CAS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated January 28, 2021 [Dkt. No. 55], and Petitioner's Objection to Report and Recommendation [Dkt. No. 58]. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

      Accordingly, IT IS HEREBY ORDERED:

/ / /

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 55] is accepted;
2. The request for an evidentiary hearing [Dkt. No. 25, pp. 16, 1; Dkt. No. 53, pp. 1, 4] is denied;
3. The Petition is denied and this action dismissed with prejudice; and
4. Judgment is to be entered accordingly.

DATED: March 9, 2021

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
United States District Judge