JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY JOHNSON, JR., | Case No. 2:18-00358 CAS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: March 9, 2021

*/s/ Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
United States District Judge